**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| | | Case No. 2:26-mj-00002 |
| vs. | : | |
| RUTHANN M. RANKIN, | : | Judge: VASCURA |
| Defendant. | : | |

## DEFENDANT'S MOTION TO EXTEND PASSPORT SURRENDER DEADLINE

Now comes the Defendant by and through the undersigned counsel and hereby moves this Court for an Order to extend the deadline for the Defendant to surrender her passport by January 12, 2026 for the reasons stated in the accompanying Memorandum in Support.

Respectfully submitted,

/s/ Brian D. Joslyn
Brian D. Joslyn (0087356)
Counsel for Defendant
501 South High Street
Columbus, Ohio 43215
Phone: (614) 444-1900
Fax: (614) 444-1901
brian@joslynlawfirm.com

**MEMORANDUM IN SUPPORT**

On or about the 6th day of January 2026, all parties appeared before this Honorable Court for an Initial Appearance and Detention hearing. At that time, conditions of release were set by this Honorable Court (*See Doc. No. 22*). As a condition of release, the Defendant must surrender her passport by January 12, 2026. The Defendant is not currently in the possession of her passport. The Defendant's passport is located in her vehicle, which is under hold and pending search due to this case. Therefore, the Defendant is not able to surrender her passport to the Clerk of Court by January 12, 2026. Once the search is complete and the Defendant's vehicle is returned to the Defendant, the Defendant will promptly surrender her passport.

For these reasons, Counsel for Defendant respectfully requests this Honorable Court for an extension of the January 12, 2026 deadline for the Defendant to surrender her passport.

Respectfully submitted,

**/s/ Brian D. Joslyn**
Brian D. Joslyn (0087356)
Counsel for Defendant

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 12, 2026, the foregoing Motion was electronically filed with the Clerk of Courts in CM/ECF system, which will distribute the notice to all parties and counsel of record.

                                              **/s/ Brian D. Joslyn**
                                              Brian D. Joslyn (0087356)
                                              Counsel for Defendant